IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ANGELA W.,

    Plaintiff,                                      Case No.: 3:23-cv-339

vs.

COMMISSIONER OF THE SOCIAL        District Judge Thomas M. Rose
SECURITY ADMINISTRATION,            Magistrate Judge Chelsey M. Vascura

    Defendant.

---

### ORDER GRANTING THE PARTIES' JOINT STIPULATION FOR REMAND

---

    This Social Security disability benefits appeal is presently before the Court on the parties' joint stipulation to remand this case to the Commissioner for further administrative proceedings pursuant to the Fourth Sentence of 42 U.S.C. § 405(g). Doc. No. 11. For good cause shown, and because the requirements of a Sentence Four remand have been satisfied, **IT IS ORDERED THAT** (1) the parties' Joint Stipulation for Remand is **GRANTED**; (2) this case is **REMANDED** to the Commissioner under the Fourth Sentence of 42 U.S.C. § 405(g) for proceedings consistent with the parties' Joint Stipulation and this Order; (3) upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision; (4) the Commissioner will develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, offering a new hearing, and then issue a new decision; and (5) this case is **TERMINATED** upon the Court's docket. The Clerk is **ORDERED** to enter judgment in Plaintiff's favor pursuant to Fed. R. Civ. P. 58.

    **IT IS SO ORDERED.**


Date: April 17, 2024                                               /s/Thomas M. Rose
                                                                   Thomas M. Rose
                                                                   United States District Judge